AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 2 2016

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Jose Roberto Hernandez

**CRIMINAL COMPLAINT**

Case Number: M-16- 1637-M

IAE    YOB: 1988
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 1, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Roberto Hernandez was encountered by Border Patrol Agents near Hidalgo, Texas on September 01, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 01, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 31, 2009, through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 26, 2008, the defendant was convicted of Kidnapping and Sexual Battery and sentenced to twenty-four (24) to thirty-eight (38) months confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

September 02, 2016                Francisco Armendariz    Senior Patrol Agent

Peter E. Ormsby            , U.S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer